IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLENDA FAYE BURCHFIELD, )
)
v. ) 3:06-cv-0824
)
MICHAEL J. ASTRUE, Commissioner of )
Social Security[1] )

### O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends that the decision of the Commissioner be reversed pursuant to the agreement of the parties but that the Commissioner's motion otherwise be denied; that plaintiff's motion for judgment be granted; and, that this case be remanded to the Commissioner for an immediate award of disability insurance benefits from January 31, 2003. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Defendant's Motion for Entry of Judgment with Remand, Document #18, is **GRANTED** in that the Commissioner's decision is REVERSED pursuant to the agreement of the parties and **DENIED** as to the case being remanded for further evaluation. Plaintiff's Motion for Judgment on the Record is **GRANTED**, and this case is **REMANDED** to the Commissioner for an immediate award of disability insurance benefits from January 31, 2003.

It is so **ORDERED**.

*[signature]*
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1]Michael J. Astrue replaced Jo Anne B. Barnhart as the Commissioner of Social Security on February 12, 2007, and is "automatically substituted" as party defendant in this case, pursuant to Fed.R.Civ.P. 25(d)(1).